AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 18, 2026*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br>Keyvin Noel Munoz-Nunez | )<br>)<br>)<br>)<br>)<br>)<br>) |

_____
*Defendant(s)*

Case No. **4:26-mj-325**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 3, 2026___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Honduras, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Khalil, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: ___05/18/2026___

_____
*Judge's signature*

City and state: ___Houston, Texas___

Hon. Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

**4:26-mj-325**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Khalil, being duly sworn by telephone, hereby depose and say:

(1)    I am currently serving as a Deportation Officer with Immigration and Customs Enforcement (ICE), a position I have held since April 15, 2018. I possess over eight years of experience in this position.

(2)    On January 4, 2026 , Immigration and Customs Enforcement (ICE) encountered Keyvin Noel Munoz Nunez (hereinafter "Defendant") while he was incarcerated at the Harris County Jail, at which time a detainer was placed. On May 15, 2026, he was transferred to the custody of ICE. Also, on May 15, 2026, he was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and (b) .

(3)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5)    Element One: The Defendant is a citizen and national of Honduras and not a native, citizen or national of the United States.

(6)    Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

1.  Removed 01/02/2018
2.  Removed 12/09/2019
3.  Removed 03/10/2021
4.  Removed 06/05/2024

(7)    Element Three: After deportation, the Defendant was subsequently found in the United States on January 4, 2026 in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified

earlier in this paragraph. On May 15, 2026, LESC advised me that it had no record on such encounter.

(8)    <u>Element Four</u>: The Defendant did not have permission to re-enter the United States. On May 15, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.   I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.   I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)    Prior criminal history:

   a.  On February 26, 2021, the Defendant, was convicted in the United States District Court, Southern District of Texas, for the offense of RE-ENTRY OF A DEPORTED ALIEN, under case number: 5:21CR00126-001. For this offense, a felony, the Defendant was sentenced to 50 days in federal custody.
   b.  On May 8, 2024, the Defendant, was convicted in the County Criminal Court 12, Harris County, Texas, for the offense of DRIVING WHILE INTOXICATED, under case number: 246947701010. For this offense, a misdemeanor, the Defendant was sentenced to 30 days in county jail.
   c.  On May 13, 2026, the Defendant, was convicted in the 351st District Court, Harris County, Texas, for the offense of FSRA ACC INVOLVING INJURY, under case number: 194659701010. For this offense, a felony, the Defendant was sentenced to 1 year in county jail.
   d.  On May 13, 2026, the Defendant, had the AGG ASSAULT W/DEADLY WEAPON charge dismissed. The State requested dismissal because the Defendant was convicted in another case (case number: 194659701010).

On May 15, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint.  On or about that day, Assistant U.S. Lauren Valenti (713) 597-0997 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

Adam Khalil
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 18th day of May 2026, and I find probable cause.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas